Jeremy Michael ATWOOD, Appellant,

v.

Terry MAPES, Warden, Appellee.

No. 04–3183.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 7, 2005.

Decided Sept. 13, 2005.

Alfredo Parrish, Parrish & Kruidenier, Des Moines, IA, for Appellant.

Jeremy Michael Atwood, Raeford, NC, pro se.

Thomas William Andrews, Attorney General's Office, Des Moines, IA, for Appellee.

Before MELLOY, MAGILL, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

An Iowa jury found Jeremy Atwood guilty of vehicular homicide. After the Iowa courts affirmed Atwood's conviction and denied postconviction relief, *see State v. Atwood,* 602 N.W.2d 775 (Iowa 1999), *cert. denied,* 529 U.S. 1091, 120 S.Ct. 1729, 146 L.Ed.2d 649 (2000); *Atwood v. State,* No. 01–2039, 2002 WL 31883007 (Iowa Ct. App. Dec.30, 2002), he filed this 28 U.S.C. § 2254 habeas petition, renewing his claims related to the trial court's handling of an anonymous threat received near the end of his criminal trial. The district court[1] denied relief, but granted a certificate of appealability.

Following our careful review of the record, the briefs, and the applicable law, we conclude the district court properly denied Atwood's habeas petition, for the reasons cited in the magistrate judge's thorough report, adopted by the district court in a well-reasoned memorandum opinion.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Mark W. Bennett, Chief Judge, United States District Court for the Northern District of Iowa, adopting the report and recommendations of the Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.